UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————X

Orlando Rodriguez,

08 Civ. 2074 (CM)(KNF)

                     Plaintiff(s),

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

      -against-

Robert Ercole,

                    Defendant(s).

————————————————————————————X

The above entitled action is referred to the Honorable Kevin N. Fox, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| \_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| \_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:* _____ _____ | \_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ✓ Habeas Corpus \_\_\_\_\_ Social Security |
| \_\_\_\_\_ Settlement* \_\_\_\_\_ Inquest After Default/Damages Hearing | \_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation Particular Motion:_____ _____ All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: March 14, 2008
      New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/08

SO ORDERED:

_Colleen Mc Mel_
Hon. Colleen McMahon
United States District Judge
Copies mailed /faxed/handed to counsel on 3/14/08