UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ORLANDO RODRIGUEZ,

        Petitioner,

    -against-

ROBERT ERCOLE,

        Respondent.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/21/08
```

ORDER

08 Civ. 2074 (CM)(KNF)

KEVIN NATHANIEL FOX,
UNITED STATES MAGISTRATE JUDGE

    ORLANDO RODRIGUEZ has petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I have considered the petition preliminarily and direct that:

(1)     the respondent serve and file an answer or other pleading on or before April 30, 2008. The answer shall include such information as may be necessary for the Court to ascertain whether the petitioner has exhausted his state court remedies. Transcripts of all relevant proceedings, the briefs submitted on appeal, and the record in any state post-conviction proceedings shall be submitted by the respondent; and

(2)     the petitioner shall serve and file a reply on or before June 6, 2008.

(3)     Should the respondent determine to move with respect to the petition:

    (a)     the motion shall be served and filed on or before April 30, 2008;

    (b)     the petitioner shall serve and file any response to the motion on or before June 6, 2008;

(c) any reply shall be served and filed on or before June 24, 2008; and

(d) should the petitioner fail to serve and file any response to the motion, or fail to seek an extension of the time in which to do so, the Court shall consider the respondent's motion to be unopposed.

The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested, a copy of this Order and the underlying petition on counsel for the respondent, Andrew Cuomo, Attorney General of the State of New York, attention "Section H."

Dated: New York, New York
March 20, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Orlando Rodriguez
04-A-5895
Green Haven Correctional Facility
594 Rte 2116
Stormville, NY 12582

-2-