

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

April 24, 2008

**VIA FACSIMILE AND U.S. MAIL**

Honorable Kevin N. Fox
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

                    Re:    Orlando Rodriguez v. Robert Ercole,
                           08 Civ. 2074 (CN)(KNF)

Your Honor:

       I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus proceeding. I am writing to respectfully request an extension of time to respond to the petition for a writ of habeas corpus from April 30, 2008 until June 30, 2008.

       In Your Honor's Order dated March 20, 2008, you ordered that my office file its response by April 30, 2008. However, our unit is operating under a 20 percent staffing reduction, which has caused an increase in our caseload. As a result, my caseload has included two habeas petition responses over the past two weeks as well as five habeas responses due over the next three weeks. I therefore respectfully request an extension of time until June 30, 2008 to respond to the petition. This is my first request for an extension. I have not contacted petitioner regarding this extension because he is incarcerated and appearing pro se.

       I thank the Court for its consideration to this matter.

4/24/08
Application granted. The petitioner shall serve and file any reply on or before July 31, 2008.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Priscilla Steward
Assistant Attorney General
Federal Habeas Corpus Section
(212) 416-8737

120 BROADWAY, NEW YORK, N.Y. 10271 • PHONE (212) 416-8750 • FAX (212) 416-8026 • NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US

cc: Orlando Rodriguez
04-A-5895
Green Haven Correctional Facility
594 Rte 2116
Stormville, NY 12582